94. Defendants Brian McAlear, Keith Hockaday, and "John Doe" #1-8 deprived plaintiff Gabriel Perez of his rights to be free of unlawful searches and seizures, and not to be deprived of his liberty without due process of law guaranteed by the Fourth, Fifth and Fourteenth Amendments of the Constitution of the United States under color of state law, in violation of 42 U.S.C. §1983, by seizing, arresting, detaining and imprisoning plaintiff Gabriel Perez.

## COUNT XI

95. Plaintiff incorporates by reference paragraphs 1 through 94 of this Complaint as though the same were set forth fully herein.

96. The forcible entry into the residence in which plaintiff Gabriel Perez was staying and the seizure, arrest, detention, and imprisonment of plaintiff Gabriel Perez on August 6, 2010, resulted from the failure of defendant The City of New York properly to train, supervise, monitor and discipline its police officers in the requirements for execution of arrest warrants, the execution of search warrants, the standards of probable cause, the requirements for warrantless arrests, and appropriate conduct during the course of the search of a residence.

97. Defendant The City of New York was acting under color of state law when it formulated and implemented a policy, custom or practice for police officers to make warrantless entries into residences to execute arrest warrants and to arrest people without a warrant or probable cause to believe they had committed an offense.

98. Defendant The City of New York was acting under color of state law when it formulated and implemented a policy, custom or practice for police officers to enter residences without a search warrant and to arrest and detain people without probable cause.

99. Defendant The City of New York deprived plaintiff Gabriel Perez of his rights to be free of unlawful searches and seizures and not to be deprived of his liberty without due process of

law guaranteed by the Fourth, Fifth and Fourteenth Amendments of the Constitution of the United States, and his right to privacy guaranteed by the Fourth, Ninth and Fourteenth Amendments of the Constitution of the United States, under color of state law, in violation of 42 U.S.C. §1983, by adopting and enforcing a policy, practice or custom of failing properly to train its police officers in the requirements for execution of arrest warrants, the execution of search warrants, the standards of probable cause, the requirements for warrantless arrests, and appropriate conduct during the course of the search of a residence.

100. The aforesaid conduct of defendant The City of New York violated plaintiff Gabriel Perez' rights under 42 U.S.C. §1983 and the Fourth, Fifth and Fourteenth Amendments of the Constitution of the United States.

## COUNT XII

101. Plaintiffs incorporates by reference paragraphs 1 through 100 of this Complaint as though the same were set forth fully herein.

102. Defendant The City of New York deprived plaintiff Gabriel Perez of his rights to be free of unlawful searches and seizures and not bo be deprived of his liberty without due process of law guaranteed by the Fourth, Fifth and Fourteenth Amendments of the Constitution of the United States under color of state law, in violation of 42 U.S.C. §1983, by adopting and enforcing a policy, practice or custom of failing adequately to investigate complaints against police officers and to take appropriate remedial action to prevent further violations of the civil rights of members of the public, which resulted in the illegal entry into the apartment in which plaintiff Gabriel Perez had stayed overnight and the seizure, detention, arrest and humiliation of plaintiff Gabriel Perez on August 6, 2010.

## COUNT XIII

103. Plaintiffs incorporate by reference paragraphs 1 through 102 of this Complaint as though the same were set forth fully herein.

104. Defendants Brian McAlear, Keith Hockaday, "John Doe" #1-8, and The City of New York falsely imprisoned plaintiff Gabriel Perez by seizing, arresting and imprisoning him.

## COUNT XIV

105. Plaintiffs incorporate by reference paragraphs 1 through 104 of this Complaint as though the same were set forth fully herein.

106. Defendants Brian McAlear, Keith Hockaday, "John Doe" #1-8, and The City of New York committed an assault and battery on the person of plaintiff Gabriel Perez when they forced him to the floor with a knee in his back and handcuffed his hands behind his back.

## PRAYER FOR RELIEF

WHEREFORE, plaintiffs respectfully request that this Court grant the following relief:

A. Award the plaintiffs compensatory damages to be determined by the jury at the time of trial;

B. Award the plaintiffs punitive damages to be determined by the jury at the time of trial;

C. Award the plaintiffs reasonable attorneys' fees and costs, including the fees and costs of experts, incurred in prosecuting this action; and

D. Grant such further relief as the Court deems necessary and proper.

## JURY TRIAL DEMANDED

The plaintiffs request a jury trial on all questions of fact raised by his Complaint.

Dated: New York, New York
February 15, 2011

MICHELSTEIN & ASSOCIATES, PLLC

By: _____
Steven Michelstein (SM3323)
Attorneys for Plaintiff
485 Madison Avenue
New York, New York 10022
(212) 588-0880