USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/7/12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
Shadeesha Brown, et al.,

                    Plaintiffs,

     -v-

The City of New York, et al.,

                    Defendants.
------------------------------------------------------------------- X

11 Civ. 1068 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

      WHEREAS this case was recently transferred to the undersigned, it is hereby ORDERED that unless notified otherwise by the Court, the parties should presume that any Scheduling Order or Case Management Plan remains in effect notwithstanding the case's transfer.

      IT IS FURTHER ORDERED that the parties appear for a conference with the Court, on **Friday, April 13, 2012** at **3:30 PM** in Courtroom **6A** of the United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York.

      IT IS FURTHER ORDERED that the parties submit a joint letter to the Court updating the Court on the status of the case no later than **February 27, 2012**. The parties are directed to the Court's Individual Practices (available at the Court's website, http://nysd.uscourts.gov/judge/Nathan) regarding the submission of letters. The status letter should address the following subjects:

1. A brief statement of the nature of the case and the principal defenses thereto;

2. A statement of all existing deadlines, due dates, and/or cut-off dates;

3. A statement of any previously scheduled conference dates with the Court that have not yet occurred, and the matters which were to be discussed;

4. A brief description of any motions which have been made and decided and a confirmation that there are no pending motions and no pending appeals;

5. A statement describing the status of any discovery in the case; and

6. A statement describing the status of any settlement discussions.

Dated: FEB. 7, 2012
New York, New York

_____
ALISON J. NATHAN
United States District Judge