## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

-------------------------------------X
IN THE MATTER OF REASSIGNMENT

                                         NOTICE OF REASSIGNMENT

            OF

CASES FROM HON. P. KEVIN CASTEL

-------------------------------------X

    The cases on the attached list are reassigned to the calendar of:

           HON. ALISON J. NATHAN

    The attorney(s) for the plaintiff(s) are requested to serve a copy of this Notice of

Reassignment on all defendants.

Dated: February 8, 2012

                                          Ruby J. Krajick, CLERK

                                          Philip Guarnieri
                            By: _____
                                          Deputy Clerk

cc: Attorneys of Record

**Judge Castel to Judge Nathan**

09-cv-1322

10-cv-3559

11-cv-1068

11-cv-3070

11-cv-3809

11-cv-4555

11-cv-5334

11-cv-6226

11-cv-6823

11-cv-7640

11-cv-8357

11-cv-8938