UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X

BROWN, ET AL.,

                Plaintiffs,

     -v-

THE CITY OF NEW YORK, ET AL.,

                Defendants.

-------------------------------------------------------------------- X

11 Civ. 1068 (AJN)

<u>SCHEDULING ORDER</u>

ALISON J. NATHAN, District Judge:

    It is hereby ORDERED that the conference previously set for April 13, 2012 is hereby ADJOURNED and reset to **March 27, 2012** at **1:30 PM** in Courtroom **17B** of the United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York. The Court will hear the parties' discovery dispute and plaintiffs' request for an extension of the discovery deadline at this time.

SO ORDERED.

Dated: March ___, 2012
New York, New York

_____
ALISON J. NATHAN
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAR 2 2 2012