UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

BROWN, ET AL.,

              Plaintiffs,

    -v-

THE CITY OF NEW YORK, ET AL.,

              Defendants.

------------------------------------------------------------------X

11 Civ. 1068 (AJN)

<u>SCHEDULING ORDER</u>

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: MAR 28 20__
```

ALISON J. NATHAN, District Judge:

    Counsel for all parties having appeared for a conference before the Court on March 27, 2012, it is hereby ORDERED:

    That all fact discovery must be completed on or before **May 3, 2012**;

    That within the time period for fact discovery, Plaintiffs may take the depositions of the three defendants not yet deposed, and Plaintiffs may take an additional one (1) hour of deposition testimony from Defendant Morales;

    That within **two weeks** of the date of this Order, Defendants will produce the agreed upon discovery relating to the female officers called to the scene of the search in question;

    That Defendants need not produce further discovery regarding unsubstantiated complaints against the defendant officers;

    That Defendants will produce unredacted case summaries for the substantiated complaint previously identified;

    That Defendants will produce unredacted case summaries for the partially substantiated complaint previously identified;

    That any case summaries produced to plaintiffs' counsel are subject to the protective order entered in this case;

    That expert discovery must be completed on or before **June 4, 2012**;

That dispositive motions are due on or before **July 5, 2012**;

And that if no dispositive motions are filed, the Final Pretrial Order and all related documentation must be submitted to the Court by **July 20, 2012**.

SO ORDERED.

Dated: March 28, 2012
New York, New York

_____
ALISON J. NATHAN
United States District Judge