```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: JUL 0 6 2012
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
SHADEESHA BROWN and GABRIEL PEREZ,

                        Plaintiffs,

     - against -

THE CITY OF NEW YORK, BRIAN McALEAR,
KEITH HOCKADAY, FREDERICO MARTINEZ,
JOAQUIN MORALES, ROBERT DOWNES,
THOMAS ALBANO, GERARD FLOOD, WILLIAM
HART, TIMOTHY MURPHY, KENYETTA ROUSE,
and THOMAS LONGA,

                        Defendants
-------------------------------------------------------------x

11CV1068(AJN)

STIPULATION AND ORDER OF DISMISSAL FOR FREDERICO MARTINEZ AND PLAINTIFF'S MONELL CLAIMS AGAINST DEFENDANT THE CITY OF NEW YORK

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the parties herein, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure that:

1. All claims against defendant Frederico Martinez are hereby dismissed with prejudice, without costs, expenses or attorneys' fees to any party as against the other; and

2. The claims against defendant The City of New York for violation of the plaintiffs' civil rights pursuant to 42 U.S.C. §1983 contained in Counts III, IV, IX and X of the plaintiffs' Amended Complaint are dismissed with prejudice, without costs, expenses or attorneys' fees to any party as against the other.

Dated: July 5, 2012

                                               MICHELSTEIN & ASSOCIATES, PLLC
                                               Attorneys for Plaintiffs
                                               485 Madison Avenue - Suite 1300
                                               New York, N.Y. 10022
                                               (212) 588-0880

SO ORDERED: 7/6/12

                                                 By: _____
_____
HON. ALISON J. NATHAN                          Eugene M. Bellin
UNITED STATES DISTRICT JUDGE

LINKLATERS, LLP
Attorneys for Defendants
1345 Avenue of the Americas
New York, N.Y. 10105
(212) 903-9000

By: _____
~~Martin Bloor~~
THOMAS 6. HASKINS, JR.

SO ORDERED

_____
HONORABLE ALISON J. NATHAN
UNITED STATES DISTRICT JUDGE