# MICHELSTEIN & ASSOCIATES PLLC

ATTORNEYS AT LAW

485 MADISON AVENUE, SUITE 1300
NEW YORK, NEW YORK 10022

TEL NO. (212) 588-0880
FAX NO. (212) 588-0811

BY E-MAIL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: JUL 10 2012

July 9, 2012

Honorable Alison J. Nathan
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

         Re: Shedeesha Brown and Gabriel Perez
           vs. The City of New York et anos.
           Docket No. 11CV1068(AJN)

Your Honor:

  I represent the plaintiffs in the captioned matter. I am writing, to request an extension of the plaintiffs' time to respond to the defendants' motion for summary judgment to August 17, 2012. Martin Bloor, Esq. of Linklaters, LLP, the attorneys for the defendants, consents to this extension.

  The defendants filed their motion for summary judgment on July 5, 2012. Pursuant to Local Rule 6.1(b), opposing papers and answering memoranda are due on July 19, 2012. It is simply not possible to review the 14 deposition transcripts, conduct the necessary legal research, and prepare opposing papers and a memorandum of law addressing the issues raised by the defendants' motion within the allotted time. In addition, I am scheduled to leave for vacation this Friday, July 13, 2012, to attend my son's wedding.

  The plaintiffs respectfully request that Your Honor extend the time for the plaintiffs to file opposing papers and a memorandum of law in opposition to the defendants' motion for summary judgment to August 17, 2012.

**SO ORDERED.**

              Respectfully submitted,

              *Eugene M. Bellin*
              Eugene M. Bellin

EMB:b
cc: Martin Bloor, Esq. (by E-mail)
  Linda Regis-Hallinan, Esq. (by E-mail)
  Thomas Haskins, Esq. (by E-mail)

SO ORDERED: 7/10/12

_____
HON. ALISON J. NATHAN
UNITED STATES DISTRICT JUDGE