# MICHELSTEIN & ASSOCIATES PLLC
## ATTORNEYS AT LAW
485 MADISON AVENUE, SUITE 1300
NEW YORK, NEW YORK 10022

TEL NO. (212) 588-0880
FAX NO. (212) 588-0811

BY E-MAIL

August 16, 2012

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8-16-12

Honorable Alison J. Nathan
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: Shedeesha Brown and Gabriel Perez
vs. The City of New York et anos.
Docket No. 11CV1068(AJN)

Your Honor:

    I represent the plaintiffs in the captioned matter. I am writing to request an extension of the plaintiffs' time to file their opposition to the defendants' motion for summary judgment to September 7, 2012. Thomas Haskins, Esq. of Linklaters, LLP, the attorneys for the defendants, consents to this extension and requests that the defendants' time to reply be extended to September 28, 2012.

    The defendants filed their motion for summary judgment on July 5, 2012. Your Honor previously extended the plaintiffs' time to file their opposition to the motion to August 17, 2012.

    I have expended a great deal of time and effort to date analyzing the defendants' motion, reviewing over 1,000 pages of deposition testimony, researching issues, assembling exhibits and preparing opposition papers, but am unable to complete the project by the August 17 deadline.

    The plaintiffs respectfully request that Your Honor extend the time for the plaintiffs to file opposing papers and a memorandum of law in opposition to the defendants' motion for summary judgment to September 7, 2012, and consent to extension of the defendants' time to file their reply to September 28, 2012.

Respectfully submitted,

*Eugene M. Bellin*

Eugene M. Bellin

*So Ordered. No further extensions.*

EMB:b
cc: Thomas Haskins, Esq. (by E-mail)
    Martin Bloor, Esq. (by E-mail)
    Linda Regis-Hallinan, Esq. (by E-mail)

SO ORDERED: 8/16/12

HON. ALISON J. NATHAN
UNITED STATES DISTRICT JUDGE