AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| SHADEESHA BROWN and GABRIEL PEREZ | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. |
| THE CITY OF NEW YORK, ET AL | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

plaintiffs Shadeesha Brown and Gabriel Perez.

Date: 09/06/2012

/s/ Eugene M. Bellin
*Attorney's signature*

Eugene M. Bellin (EB0722)
*Printed name and bar number*

233 Broadway - Suite 2201
New York, N.Y. 10279
*Address*

EMBellin@aol.com
*E-mail address*

(212) 267-9100
*Telephone number*

(212) 996-0307
*FAX number*