UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x
SHADEESHA BROWN and GABRIEL PEREZ,  :
:
              Plaintiffs,  :
:       11CV1068(AJN)
  - against -  :
:       DECLARATION OF
:       SHADEESHA BROWN
THE CITY OF NEW YORK, BRIAN McALEAR,  :       IN OPPOSITION TO
KEITH HOCKADAY, FREDERICO MARTINEZ,  :       DEFENDANTS' MOTION
JOAQUIN MORALES, ROBERT DOWNES,  :       FOR SUMMARY JUDGMENT
THOMAS ALBANO, GERARD FLOOD, WILLIAM  :
HART, TIMOTHY MURPHY, KENYETTA ROUSE,  :
and THOMAS LONGA,  :
:
              Defendants  :
-----------------------------------------------------------------------x

      Shadeesha Brown declares, under penalty of perjury, pursuant to 28 U.S.C. §1746, the following:

      1. I am one of the plaintiffs in this action. I submit this declaration in opposition to the defendants' motion for summary judgment.

      2. Gabriel Perez and I spent the night of August 5 - 6, 2010 as guests in Karen Rodriguez' apartment at 1368 Webster Avenue in the Bronx. When I entered Ms. Rodriguez' apartment, she and Gabriel showed me into the middle bedroom of her three bedroom apartment. To get to the bedroom, we walked past the kitchen, the livingroom, and the first bedroom, but I did not enter any of those rooms.

      3. The furniture in the second bedroom - the one where I spent the night – consisted of two dressers, a computer table, a chair and a bed. There was a television sitting on top of one of the dressers. There were a computer monitor and a keyboard on the computer desk, and a computer underneath the desk.

4. I did not see any marijuana or drugs anywhere in the room.

5. When I was at the police precinct after being arrested on August 6, one of the police officers said that they had found drugs in the rear bedroom of the apartment.

6. I had no knowledge that there were any drugs in Ms. Rodriguez' apartment.

Dated: September 6, 2012

_____
Shadeesha Brown