## MEMO ENDORSED

# Linklaters

Linklaters LLP
1345 Avenue of the Americas
New York, NY 10105
Telephone (+1) 212 903 9000
Direct Line +1 212 903 9266
Direct Fax +1 212 903 9100
martin.bloor@linklaters.com



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: FEB 1 3 2013

The Honorable Alison J. Nathan
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**By Email**

February 12, 2013

### Shadeesha Brown et al. v. The City of New York et al., No. 11CV1068 (AJN)

Dear Judge Nathan:

This firm represents Defendants in the above captioned action. By order dated February 8, 2013, the Court issued its rulings on Defendants' pending summary judgment motion and scheduled a scheduling conference for February 15, 2013 at 10:30 a.m. We have a conflict with February 15th and respectfully request a short adjournment. This is Defendants' first request for an adjournment. We have conferred with Plaintiff's counsel, who does not oppose this request. Counsel for both the Plaintiffs and Defendants are available first thing in the morning on February 21 (counsel for the City has an appearance in the EDNY at 11:00 a.m.), the morning of February 25 and all day on March 1.

Thank you for your attention to this matter.

Respectfully submitted,

*Conference reset to 2/25/13 at 10 AM.*

Martin S. Bloor

cc: Eugene M. Bellin, Esq.

SO ORDERED: 2/13/13

HON. ALISON J. NATHAN
UNITED STATES DISTRICT JUDGE

This communication is confidential and may be privileged or otherwise protected by work product immunity.

Linklaters LLP is a multinational limited liability partnership registered in England and Wales with registered number OC326345 including solicitors of the Senior Courts of England and Wales, members of the New York Bar and foreign legal consultants in New York. It is a law firm authorised and regulated by the Solicitors Regulation Authority. The term partner in relation to Linklaters LLP is used to refer to a member of Linklaters LLP or an employee or consultant of Linklaters LLP or any of its affiliated firms or entities with equivalent standing and qualifications. A list of the names of the members of Linklaters LLP together with a list of those non-members who are designated as partners and their professional qualifications is open to inspection at its registered office, One Silk Street, London EC2Y 8HQ, England or on www.linklaters.com.

Please refer to www.linklaters.com/regulation for important information on our regulatory position.