IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHADEESHA BROWN, et al., | CIVIL ACTION |
| Plaintiff, | |
| v. | NO. 11 Civ. 1068 (AJN) |
| THE CITY OF NEW YORK, et al., | |
| Defendant | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Defendants The City of New York, Brian McAlear, Keith Hockaday, Frederico Martinez, Joaquin Morales, Robert Downes, Thomas Albano, Gerard Flood, William Hart, Timothy Murphy, Kenyetta Rouse, and Thomas Longa.

Date:  February 22, 2013

Chris Howard
Pepper Hamilton LLP
The New York Times Building
37th Floor
620 Eighth Avenue
New York, NY  10018-1405
T:  212.808.2700
F:  212.286.9806
howardc@pepperlaw.com