UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------

SHADEESHA BROWN, et al.,          Plaintiff,

-against-

THE CITY OF NEW YORK, et al.,     Defendant.

--------------------------------------------------------

Case No. 11-cv-1068 (AJN)

NOTICE OF CHANGE OF ADDRESS

TO: ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending        [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for:

**Martin S. Bloor**
FILL IN ATTORNEY NAME

My SDNY Bar Number is: _____  My State Bar Number is 3949666

I am,
[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:  FIRM NAME: Linklaters LLP
           FIRM ADDRESS: 1345 Avenue of the Americas, New York, NY 10105
           FIRM TELEPHONE NUMBER: 212.903.9000
           FIRM FAX NUMBER: 212.903.9100

NEW FIRM:  FIRM NAME: Pepper Hamilton LLP
           FIRM ADDRESS: 620 Eighth Avenue, New York, NY 10018-1405
           FIRM TELEPHONE NUMBER: 212.808.2700
           FIRM FAX NUMBER: 212.286.9806

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: February 22, 2013

_____
ATTORNEY'S SIGNATURE