IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHADEESHA BROWN, et al., : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> THE CITY OF NEW YORK, et al., : <br> : <br> : <br> : <br> Defendants. : | No. 11 Civ. 1068 (AJN) <br><br> **NOTICE OF MOTION TO EXCLUDE TESTIMONY OF EXPERT WITNESS MARCIA KNIGHT** |

PLEASE TAKE NOTICE THAT, pursuant to Federal Rule of Evidence 702 and *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993), Defendants, by and through undersigned counsel, move this Court to enter an Order excluding the testimony of Plaintiffs' Expert Witness Marcia Knight, Ph.D.  Defendants' motion is based on this notice, the concurrently filed Memorandum of Law in Support of Defendants' Motion to Exclude the Testimony of Plaintiffs' Expert Witness Marcia Knight, the accompanying Declaration of Martin S. Bloor, and the exhibits attached thereto.

Dated: March 13, 2013
        New York, New York

Respectfully submitted,

/s/ Martin S. Bloor
Lawrence Byrne
Martin S. Bloor
Linda Regis-Hallinan
Chris Howard
Pepper Hamilton LLP
620 Eighth Avenue
New York, NY  10018-1405
212.808.2700 (Tel)
212.808.2738 (Fax)

*Attorneys for Defendants*