## CERTIFICATE OF SERVICE

      I, Martin S. Bloor, an attorney duly admitted to practice law in the State of New York, certify under penalty of perjury that on March 13, 2013, I caused a true and correct copy of Defendants' Motion to Exclude the Testimony of Plaintiffs' Expert Witness Marcia Knight, the concurrently filed Memorandum of Law in Support of Defendants' Motion to Exclude the Testimony of Plaintiff's Expert Witness Marcia Knight, the accompanying Declaration of Martin S. Bloor, and the exhibits attached thereto to be served via the Court's Electronic Case Filing System on the following attorneys of record:

Steven D. Michelstein
Eugene M. Bellin
Michelstein & Associates, PLLC
485 Madison Ave Suite 1300
New York, NY 10022
(212) 588-0880
(212)-588-0811 (fax)


                                                      /s/ Martin S. Bloor
                                                      Martin S. Bloor