AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| SHADEESHA BROWN and GABRIEL PEREZ <br> *Plaintiff* <br> v. <br> THE CITY OF NEW YORK, ET AL <br> *Defendant* | Case No. 11CV1068(AJN) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

plaintiff Shadeesha Brown

Date: 03/25/2013

s/ Arthur Blitz
*Attorney's signature*

Arthur Blitz (AB1080)
*Printed name and bar number*

c/o Michelstein & Associates, PLLC
485 Madison Avenue - Suite 1300
New York, N.Y. 10022

*Address*

malaw485@yahoo.com
*E-mail address*

(212) 588-0880
*Telephone number*

(212) 588-0811
*FAX number*