AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | | |
|---|---|---|
| SHADEESHA BROWN and GABRIEL PEREZ | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   11CV1068(AJN) |
| THE CITY OF NEW YORK, ET AL | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

plaintiff Shadeesha Brown

Date:     03/25/2013

s/ Arthur Blitz
*Attorney's signature*

Arthur Blitz (AB1080)
*Printed name and bar number*

c/o Michelstein & Associates, PLLC
485 Madison Avenue - Suite 1300
New York, N.Y. 10022

*Address*

malaw485@yahoo.com
*E-mail address*

(212) 588-0880
*Telephone number*

(212) 588-0811
*FAX number*