IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

_____

SHADEESHA BROWN, et al.,                    :
                                            :
                            Plaintiff,       :
                                            :
            v.                              :    No. 11 Civ. 1068 (AJN)
                                            :
THE CITY OF NEW YORK, et al.,               :    **NOTICE OF MOTION *IN***
                                            :    ***LIMINE***
                            Defendants.      :
                                            :

_____

**PLEASE TAKE NOTICE** that Defendants will move this Court before the

Honorable Alison J. Nathan, United States District Judge, at the United States Courthouse for the

Southern District of New York, located at 40 Foley Square, New York, New York 10007, in

advance of trial scheduled to commence on May 28, 2013, for an Order pursuant to the Federal

Rules of Evidence to exclude certain evidence at trial, and for further rulings regarding the

admissibility of certain evidence, and relief as this Court deems just, proper, and equitable.

Defendants' motion is based on this notice and the concurrently filed Memorandum of Law in

Support of Defendants' Motion *in Limine*.

Dated:  April 8, 2013
            New York, New York                    Respectfully submitted,


                                            /s/ Martin S. Bloor_____
                                            Lawrence Byrne
                                            Martin S. Bloor
                                            Linda Regis-Hallinan
                                            Chris Howard
                                            Pepper Hamilton LLP
                                            620 Eighth Avenue
                                            New York, NY  10018-1405
                                            212.808.2700 (Tel)
                                            212.808.2738 (Fax)

                                            *Attorneys for Defendants*