# **CERTIFICATE OF SERVICE**

I, Martin S. Bloor, an attorney duly admitted to practice law in the State of New York, certify under penalty of perjury that on April 8, 2013, I caused a true and correct copy of Defendants' Motion *in Limine* and the concurrently filed Memorandum of Law in Support of Defendants' Motion *in Limine* to be served via the Court's Electronic Case Filing System on the following attorneys of record:

Steven D. Michelstein
Eugene M. Bellin
Arthur Blitz
Michelstein & Associates, PLLC
485 Madison Ave Suite 1300
New York, NY 10022
(212) 588-0880
(212)-588-0811 (fax)

/s/ Martin S. Bloor
Martin S. Bloor