**MEMO ENDORSED**

# Pepper Hamilton LLP
#### Attorneys at Law

The New York Times Building
37th Floor
620 Eighth Avenue
New York, NY 10018-1405
212.808.2700
Fax 212.286.9806

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: APR 0 9 2013
```

Martin S. Bloor
direct dial: 212.808.2733
direct fax: 212.286.9806
bloorm@pepperlaw.com

April 9, 2013

Via E-mail

The Honorable Alison J. Nathan
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

SO ORDERED: 4/9/13

_____
HON. ALISON J. NATHAN
UNITED STATES DISTRICT JUDGE

Re: <u>Brown, et al. v. City of New York, et al., No. 11-CV-1068</u>

Dear Judge Nathan:

     I represent the Defendants in the above-captioned matter. I write to request a two-day extension of time to file the reply memorandum to Defendants' motion to exclude the proffered testimony of Plaintiff's expert witness, Marcia Knight. The reply memorandum is due tomorrow, April 10, 2013. Defendants have not previously requested any extension of time to file the reply memorandum. Eugene Bellin, the attorney representing the plaintiffs in this case, was informed of Defendants' intent to request a two-day extension of time and does not object.

     Defendants respectfully request that Your Honor grant Defendants a two-day extension of the time to submit the reply memorandum to April 12, 2013. **SO ORDERED.**

Respectfully submitted,

Martin S. Bloor

cc: Eugene Bellin, Esq. (by E-mail)
    Steven D. Michelstein, Esq. (by E-mail)
    Arthur Blitz, Esq. (by E-mail)