UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
SHADEESHA BROWN and GABRIEL PEREZ,                    :
                                                      :
                               Plaintiffs,            :
                                                      :     11CV1068(PKC)
        - against -                                   :
                                                      :
THE CITY OF NEW YORK, BRIAN McALEAR,                  :     NOTICE OF MOTION *IN LIMINE*
KEITH HOCKADAY, FREDERICO MARTINEZ,                   :
JOAQUIN MORALES, ROBERT DOWNES,                       :
THOMAS ALBANO, GERARD FLOOD, WILLIAM                  :
HART, TIMOTHY MURPHY, KENYETTA ROUSE,                 :
and THOMAS LONGA,                                     :
                                                      :
                               Defendants             :
-----------------------------------------------------------------x

   PLEASE TAKE NOTICE that Plaintiff Shadeesha Brown will move this Court before the Honorable Alison J. Nathan, United States District Judge, at the United States Courthouse for the Southern District of New York, located at 40 Foley Square, New York, New York 10007, in advance of trial scheduled to commence on May 28, 2013, for an Order amending the caption of this action and for a further Order pursuant to the Federal Rules of Evidence excluding certain evidence at trial, and for further rulings regarding the admissibility of certain evidence, and such other and further relief as this Court deems just, proper, and equitable. The plaintiff's motion is based on this notice and the concurrently filed Memorandum of Law in Support of Plaintiff's Motion *in Limine*, the accompanying Declaration of Eugene M. Bellin, and the exhibits attached thereto.

Dated: New York, New York
       April 15, 2013

                                                  Respectfully submitted,

                                                   s/ Eugene M. Bellin
                                                  Eugene M. Bellin(EB0722)
                                                  MICHELSTEIN & ASSOCIATES PLLC
                                                  Attorneys for Plaintiff
                                                  485 Madison Avenue
                                                  New York, New York 10022
                                                  Tel. (212) 588-0880