# Pepper Hamilton LLP
### Attorneys at Law

The New York Times Building
37th Floor
620 Eighth Avenue
New York, NY 10018-1405
212.808.2700
Fax 212.286.9806



Martin S. Bloor
direct dial: 212.808.2733
direct fax: 212.868.9806
bloorm@pepperlaw.com

April 11, 2013

**VIA MAIL**

The Honorable Ronald L. Ellis
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   Brown, et al. v. City of New York, et al., No. 11-CV-1068

Dear Judge Ellis:

A settlement conference was scheduled in this case for today, April 11, 2013, at 2:30 P.M. before Your Honor. The parties informed this Court that a family emergency arose that would prevent the client representative for Defendants from attending the settlement conference. After consulting with Your Honor, the parties and the Court decided upon May 16, 2013 as a suitable date to hold the settlement conference.

Accordingly, Defendants, without the objection of Plaintiff, respectfully request that Your Honor adjourn today's settlement conference and reschedule it for May 16, 2013 at 2:30 P.M.

Respectfully submitted,

Martin S. Bloor

cc:   Eugene Bellin, Esq. (by E-mail)
      Steven D. Michelstein, Esq. (by E-mail)
      Arthur Blitz, Esq. (by E-mail)

**SO ORDERED** 4-15-13
MAGISTRATE JUDGE RONALD L. ELLIS