## CERTIFICATE OF SERVICE

I, Martin S. Bloor, an attorney duly admitted to practice law in the State of New York, certify under penalty of perjury that on April 17, 2013, I caused a true and correct copy of Defendants' Reply in Further Support of Their Motion to Exclude the Testimony of Plaintiff's Expert Witness Dr. Marcia Knight, the accompanying Declaration of Martin S. Bloor, and the exhibits attached thereto to be served via the Court's Electronic Case Filing System on the following attorneys of record:

Steven D. Michelstein
Eugene M. Bellin
Arthur Blitz
Michelstein & Associates, PLLC
485 Madison Ave Suite 1300
New York, NY 10022
(212) 588-0880
(212)-588-0811 (fax)

/s/ Martin S. Bloor
Martin S. Bloor