IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHADEESHA BROWN, et al., : | |
| : | CIVIL ACTION |
| Plaintiffs, : | |
| : | |
| v. : | No. 11 Civ. 1068 (AJN) |
| : | |
| THE CITY OF NEW YORK, et al., : | |
| : | |
| Defendants. : | |

## DECLARATION OF MARTIN S. BLOOR

1.	I am an attorney of the law firm Pepper Hamilton LLP, and am admitted to practice in the State of New York.  I am an attorney of record for Defendants in the above-captioned action.

2.	I submit this Declaration on behalf of Defendants in support of the Defendants' Response in Opposition to Plaintiff's Motion in Limine.

3.	Attached hereto at Exhibit A is, to my best knowledge, a true and correct copy of a production letter dated March 9, 2012 addressed to Eugene Bellin, Esq., and a document bates numbered NYC 098 produced therewith.

4.	Attached hereto at Exhibit B is, to my best knowledge, a true and correct copy of excerpts from the transcript of the April 25, 2012 deposition of Joaquin Morales.

5.	Attached hereto at Exhibit C is, to my best knowledge, a true and correct copy of excerpts from the transcript of the March 16, 2012 deposition of Corey Jones.

6.	Attached hereto at Exhibit D is, to my best knowledge, a true and correct copy of excerpts from the transcript of the April 30, 2012 deposition of Brian McAlear.

7.	I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 22, 2013
In New York, New York

/s/ Martin S. Bloor
Martin S. Bloor