**MEMO ENDORSED**

# Pepper Hamilton LLP
### Attorneys at Law

The New York Times Building
37th Floor
620 Eighth Avenue
New York, NY 10018-1405
212.808.2700
Fax 212.286.9806

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: APR 2 3 2013
```

Martin S. Bloor
direct dial: 212.808.2733
direct fax: 212.868.9806
bloorm@pepperlaw.com

April 19, 2013

SO ORDERED: 4/23/13

_____
HON. ALISON J. NATHAN
UNITED STATES DISTRICT JUDGE

**VIA EMAIL**

The Honorable Alison J. Nathan
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re: <u>Brown, et al. v. City of New York, et al., No. 11-CV-1068</u>

Dear Judge Nathan:

    Defendants in the above-referenced case respectfully request the opportunity to file a reply brief in further support of their motion *in limine* filed on April 8, 2013. Rule 5(F) of your individual practices indicates that any party may file an "Opposition to any motion *in limine*," but does not indicate whether a reply brief is permitted.

    As Plaintiff's opposition to Defendants' motion is due Monday, April 22, 2013, Defendants request that, if Your Honor grants Defendants' request to file a reply, such reply be due on Monday, April 29, 2013.

**SO ORDERED**

Respectfully submitted,

Martin S. Bloor

cc: Eugene Bellin, Esq. (Attorney for Plaintiff, by E-mail)
Steven D. Michelstein, Esq. (Attorney for Plaintiff, by E-mail)
Arthur Blitz, Esq. (Attorney for Plaintiff, by E-mail)

| Philadelphia | Boston | Washington, D.C. | Detroit | New York | Pittsburgh |
| Berwyn | Harrisburg | Orange County | Princeton | Wilmington | |

www.pepperlaw.com