**MEMO ENDORSED**

# MICHELSTEIN & ASSOCIATES PLLC

ATTORNEYS AT LAW
485 MADISON AVENUE, SUITE 1300
NEW YORK, NEW YORK 10022

TEL NO. (212) 588-0880
FAX NO. (212) 588-0811

BY E-MAIL

April 22, 2013

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: APR 2 3 2013
```

Honorable Alison J. Nathan
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

> Re: Shedeesha Brown and Gabriel Perez
> vs. The City of New York et anos.
> Docket No. 11CV1068(AJN)

Your Honor:

I represent the plaintiff in the captioned matter. I am writing in response to the defendants' request, dated April 19, 2013, to file a reply brief in further support of their *motion in limine* filed on April 8, 2013.

The plaintiff requests that, if the defendants' application is granted, that the plaintiff be permitted to file a reply brief in support of her *motion in limine* filed on April 15, 2013. The defendant's opposition to the plaintiff's motion is due on April 22, 2013. The plaintiff requests that, if Your Honor grants this request, that the reply be due on April 29, 2013.

**SO ORDERED.**

Respectfully submitted,

*Eugene M. Bellin*

Eugene M. Bellin

EMB:b
cc: Martin Bloor, Esq. (by E-mail)
    Linda Regis-Hallinan, Esq. (by E-mail)
    Lawrence Byrne, Esq. (by E-mail)
    Chris Howard, Esq. (by E-mail)
    Steven Mark Silverberg, Esq. (by E-mail)

SO ORDERED: 4/23/13

HON. ALISON J. NATHAN
UNITED STATES DISTRICT JUDGE