# Exhibit 10

Case 1:11-cv-01068-AJN   Document 92-1   Filed 04/29/13   Page 1 of 4

1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

------------------------------------------X

SHADEESHA BROWN and GABRIEL PEREZ,

PLAINTIFFS,

-against-        Case No.: 11CV1068(PKC)

THE CITY OF NEW YORK, BRIAN McALEAR, KEITH

HOCKADAY, FREDERICO MARTINEZ, JOAQUIN

MORALES, ROBERT DOWNS, THOMAS ALBANO, GERARD

FLOOD, WILLIAM HART, TIMOTHY MURPHY,

KENYETTA ROUSE, and THOMAS LONGA,

DEFENDANTS

------------------------------------------X

DATE: February 3, 2012

TIME: 10:57 a.m.

EXAMINATION BEFORE TRIAL of a Defendant, KENYATTA ROUSE, taken by the Plaintiffs, pursuant to a Court Order and to the Federal Rules of Civil Procedure, held at the office of MICHELSTEIN & ASSOCIATES, PLLC, 485 Madison Avenue, New York, New York 10022, before a Notary Public of the State of New York.

```
 1                    ROUSE                       76
 2       Q.     We are talking about 2010.
 3       A.     I never heard of that, clear the
 4   premises.
 5       Q.     Would you describe what you do
 6   in an execution or assisting in the
 7   execution of a search warrant, in securing
 8   the premises?
 9            MR. HASKINS: Objection.
10       A.     Securing?  What do you mean by
11   "Securing"?
12       Q.     How would you characterize what
13   you do?
14            MR. HASKINS: Objection.  Do you
15         mean for a profession, do you mean on a
16         specific day?
17       Q.     I am talking about your
18   procedure in entering an apartment.  What do
19   you call that?
20       A.     Entering an apartment, executing
21   a warrant.
22       Q.     How much time would it take an
23   ESU unit to execute a search warrant in a
24   three-bedroom apartment?
25            MR. HASKINS: Objection.
```

```
 1                    ROUSE                    77
 2       A.      Um, it depended, if there is
 3   variables, meaning dogs, animals,
 4   encountering vicious dogs, but there is no
 5   variables in play, it could be anywhere from
 6   five to ten minutes.  It is very quick, we
 7   do a primary search and then we do a
 8   secondary search, and then we exit the
 9   apartment.
10       Q.      What is done in the primary
11   search?
12       A.      People immediately get cuffed,
13   persons that we visually see, and then we
14   search other areas that people could be
15   hiding and be secreted, for example
16   underneath beds, behind couches, in closets
17   in refrigerators.
18       Q.      Is that the secondary or is that
19   the primary search?
20       A.      Some of it, depending on the
21   actual officer it may be some of their
22   primary.  But usually once every person is
23   cuffed we kind of slow down, and in a sense
24   every one is cuffed, so the safety factor in
25   regard us, of anyone getting hurt, we do
```