# Exhibit 12

1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------X

SHADEESHA BROWN and GABRIEL PEREZ,


                                        PLAINTIFFS,


              -against-          Case No.: 11CV1068(PKC)

THE CITY OF NEW YORK, BRIAN McALEAR, KEITH

HOCKADAY, FREDERICO MARTINEZ, JOAQUIN

MORALES, ROBERT DOWNS, THOMAS ALBANO, GERARD

FLOOD, WILLIAM HART, TIMOTHY MURPHY,

KENYETTA ROUSE, and THOMAS LONGA,

                                        DEFENDANTS

----------------------------------------------X



                    DATE: February 3, 2012

                    TIME: 10:57 a.m.




              EXAMINATION BEFORE TRIAL of a

Defendant, KENYATTA ROUSE, taken by the

Plaintiffs, pursuant to a Court Order and to

the Federal Rules of Civil Procedure, held

at the office of MICHELSTEIN & ASSOCIATES,

PLLC, 485 Madison Avenue, New York, New York

10022, before a Notary Public of the State

of New York.