# Exhibit 13

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - x

SHADEESHA BROWN and GABRIEL PEREZ,

                 Plaintiffs,       Docket No.:

                                  11CV168(PKC)

          -against-

THE CITY OF NEW YORK, BRIAN McALEAR,

KEITH HOCKADAY, FREDERICO MARTINEZ,

JOAQUIN MORALES, ROBERT DOWNES,

THOMAS ALBANO, GERARD FLOOD, WILLIAM

HART, TIMOTHY MURPHY, KENYETTA ROUSE,

and THOMAS LONGA,

                 Defendants.

- - - - - - - - - - - - - - - - - - - - x

                 485 Madison Avenue

                 New York, New York

                 February 8, 2012

                 10:50 a.m.

       EXAMINATION UNDER OATH of GERARD FLOOD,

one of the Defendants in the above-entitled action,

held at the above time and place, pursuant to

Federal Rules of Civil Procedure, taken before

Jeanette Johnson, a reporter and Notary Public

within and for the State of New York.