# Exhibit 14

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------X
SHADEESHA BROWN and GABRIEL PEREZ,

                PLAINTIFFS,

   -against-        Index No:
                     11CV1068(PKC)

THE CITY OF NEW YORK, BRIAN McALEAR, KEITH
HOCKADAY, FREDERICO MARTINEZ, JOAQUIN
MORALES, ROBERT DOWNES, THOMAS ALBANO,
GERARD FLOOD, WILLIAM HART, TIMOTHY MURPHY,
KENYETTA ROUSE, and THOMAS LONGA,

                DEFENDANTS.
------------------------------------------------X

          DATE: February 15, 2012
          TIME: 12:00 p.m.

      EXAMINATION BEFORE TRIAL of a
Defendant, KEITH HOCKADAY, taken by the
Plaintiff, pursuant to a Court Order, held at the
offices of Michelstein & Associates, PLLC, 485
Madison Avenue, Suite 1300, New York, New York
10022, before Pamela L. Dixon, a Notary Public of
the State of New York.