# Exhibit 15

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - x

SHADEESHA BROWN and GABRIEL PEREZ,

               Plaintiffs,     Docket No.:
                                  11CV168(PKC)
     -against-

THE CITY OF NEW YORK, BRIAN McALEAR,
KEITH HOCKADAY, FREDERICO MARTINEZ,
JOAQUIN MORALES, ROBERT DOWNES,
THOMAS ALBANO, GERARD FLOOD, WILLIAM
HART, TIMOTHY MURPHY, KENYETTA ROUSE,
and THOMAS LONGA,

                        Defendants.

- - - - - - - - - - - - - - - - - - - - x

                    485 Madison Avenue
                    New York, New York

                    February 29, 2012
                    10:03 a.m.


     EXAMINATION UNDER OATH of ROBERT DOWNES,
one of the Defendants in the above-entitled action,
held at the above time and place, pursuant to
Federal Rules of Civil Procedure, taken before
Jeanette Johnson, a reporter and Notary Public
within and for the State of New York.