# Exhibit 17

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

------------------------------------X

SHADEESHA BROWN and GABRIEL PEREZ,

                Plaintiffs,    11CV1068 (PKC)

    -against-

THE CITY OF NEW YORK, BRIAN McALEAR,
KEITH HOCKADAY, FREDERICO MARTINEZ,
JOAQUIN MORALES, ROBERT DOWNES, THOMAS
ALBANO, GERARD FLOOD, WILLIAM HART,
TIMOTHY MURPHY, KENYETTA ROUSE, and
THOMAS LONGA,

                Defendants.

------------------------------------X

        485 Madison Avenue, Suite 1300

        New York, New York 10022

        Date:  March 7, 2012

        Time:  10:06 a.m.

    EXAMINATION BEFORE TRIAL of LIEUTENANT
FRED MARTINEZ, a Defendant herein, taken by the
Plaintiff, pursuant to Article 31 of the Civil
Practice Law & Rules of Testimony, and Court
Order, held at the above-mentioned time and place,
before, Christina Cochran, a Notary Public of the
State of New York.