# Exhibit 18

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x
SHADEESHA BROWN and GABRIEL PEREZ,

                         Plaintiff(s)

              - against -

THE CITY OF NEW YORK, BRIAN McALEAR, KEITH
HOCKADAY, FREDERICO MARTINEZ, JOAQUIN MORALES,
ROBERT DOWNES, THOMAS ALBANO, GERARD FLOOD,
WILLIAM HART, TIMOTHY MURPHY, KEYNYETTA ROUSE and
THOMAS LONGA,

                         Defendant(s)
Index No:   11 CIV. 1068 (PKC)
------------------------------------------------x

                  Michelstein & Associates
                  New York, New York
                  March 16, 2012
                  11:33 a.m.

             EXAMINATION BEFORE TRIAL of

a Non-Party Witness, COREY JONES, taken by the

Plaintiff pursuant to Article 31 of the Civil

Practice Law and Rules of Testimony, and Order,

held at the above-mentioned time and place before,

Dina Dadush, a Stenotype Reporter and Notary

Public of the State of New York.