# Exhibit 19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
SHADEESHA BROWN and GABRIEL PEREZ,

               Plaintiffs,      11CV1968(PKC)

      -against-            ECF CASE

THE CITY OF NEW YORK, BRIAN McALEAR,
KEITH HOCKADAY, FREDERICO MARTINEZ,
JOAQUIN MORALES, ROBERT DOWNES,
THOMAS ALBANO, GERARD FLOOR, WILLIAM
HART, TIMOTHY MURPHY, KENYETTA ROUSE
and THOMAS LONGA,

               Defendants.
------------------------------------X

     485 Madison Avenue
     New York, New York
     March 12, 2012
     10:38 a.m.

     Deposition of the defendant, DETECTIVE THOMAS LONGA, pursuant to Order, held at the above-mentioned time and place, before INGRID BABB, a Stenotype Reporter and Notary Public of the State of New York.

     JAY DEITZ & ASSOCIATES, LTD.