# Exhibit 21

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------ X

SHADEESHA BROWN and GABRIEL PEREZ,

              Plaintiffs,

     -against-        11CV1068(AJN)

THE CITY OF NEW YORK, BRIAN McALEAR,
KEITH HOCKADAY, FREDERICO MARTINEZ,
JOAQUIN MORALES, ROBERT DOWNES, THOMAS
ALBANO, GERARD FLOOD, WILLIAM HART,
TIMOTHY MURPHY, KENYETTA ROUSE and
THOMAS LONGA,
              Defendants.
------------------------------------------ X
                 485 Madison Avenue
                 New York, New York
                 April 10, 2012
                 10:24 a.m.



          DEPOSITION of

     THOMAS ALBANO, a Defendant herein, taken by

the Plaintiff, pursuant to Notice, before

a Notary Public for and within the State of New

York.
```