# Exhibit 22

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X

SHADEESHA BROWN and GABRIEL PEREZ,

                Plaintiffs,

        -against-        11CV1068(AJN)

THE CITY OF NEW YORK, BRIAN McALEAR,
KEITH HOCKADAY, FREDERICO MARTINEZ,
JOAQUIN MORALES, ROBERT DOWNES, THOMAS
ALBANO, GERARD FLOOD, WILLIAM HART,
TIMOTHY MURPHY, KENYETTA ROUSE and
THOMAS LONGA,

                Defendants.
------------------------------------- X
                485 Madison Avenue
                New York, New York
                April 10, 2012
                11:35 a.m.


            DEPOSITION of

   THOMAS MURPHY, a Defendant herein, taken by

the Plaintiff, pursuant to Notice, before

a Notary Public for and within the State of New

York.
```