# Exhibit 23

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

INDEX# 11CV1068

------------------------------------------------x

SHADEESHA BROWN and GABRIEL PEREZ,

     Plaintiffs,

   -against-

THE CITY OF NEW YORK, BRIAN MCALEAR, KEITH HOCKADAY, FREDERICO MARTINEZ, JOAQUIN MORALES, ROBERT DOWNES, THOMAS ALBANO, GERARD FLOOD, WILLIAM HART, TIMOTHY MURPHY, KENYETTA ROUSE, and THOMAS LONGA,

     Defendants.

------------------------------------------------x


    485 Madison Avenue
    New York, New York

    April 30, 2012
    5:18 p.m.


  Examination Before Trial of the Defendant BRIAN MCALEAR, pursuant to Rule 30 of the Federal Rules of Civil Procedure, before Robert S. Barletta, a Notary Public of the State of New York.