## MICHELSTEIN & ASSOCIATES PLLC

ATTORNEYS AT LAW
485 MADISON AVENUE, SUITE 1300
NEW YORK, NEW YORK 10022
—
TEL NO. (212) 588-0880
FAX NO. (212) 588-0811

BY E-MAIL

May 1, 2013

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: MAY 0 1 201

Honorable Alison J. Nathan
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

        Re: Shedeesha Brown and Gabriel Perez
           vs. The City of New York et anos.
           Docket No. 11CV1068(AJN)

Your Honor:

      The trial of the captioned matter is scheduled to begin on Tuesday, May 28, 2013. I am writing to advise the Court that the plaintiff has retained attorney Arthur Blitz to serve as trial counsel. Mr. Blitz has filed a Notice of Appearance and is ready and available for the trial of this action on May 28. Counsel for the parties have estimated that the trial of this matter will require approximately three days. Allowing for gross underestimation of the time required for trial, proceedings should nevertheless be completed by Wednesday, June 5, 2013.

      Mr. Blitz wishes Your Honor to be aware that he must leave New York on Thursday, June 6, 2013, to attend his grandson's Bar Mitzvah in Florida. He does not anticipate that this scheduled departure will interfere with the trial, which should be completed before that date. If, however, the trial cannot get underway promptly on May 28, as scheduled, the plaintiff will respectfully request a postponement of the trial to avoid a scheduling conflict.

                                  Respectfully submitted,

                                  Eugene M. Bellin

EMB:b
cc: Martin Bloor, Esq. (by E-mail)
    Linda Regis-Hallinan, Esq. (by E-mail)
    Chris Howard, Esq. (by E-mail)
    Lawrence Byrne, Esq. (by E-mail)
    Steven M. Silverberg, Esq. (By E-mail)