UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
SHADEESHA BROWN and GABRIEL PEREZ,

              Plaintiffs,

        - against -

THE CITY OF NEW YORK, BRIAN McALEAR,
KEITH HOCKADAY, FREDERICO MARTINEZ,
JOAQUIN MORALES, ROBERT DOWNES,
THOMAS ALBANO, GERARD FLOOD, WILLIAM
HART, TIMOTHY MURPHY, KENYETTA ROUSE,
and THOMAS LONGA,

              Defendants
------------------------------------------------------------x

11CV1068(AJN)

STIPULATION AS TO FACT

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: MAY 1 6 2013

IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the parties herein, that the following is an agreed statement of fact for purposes of the trial of this action:

**Karen Rodriguez, who was the tenant of apartment 5B at 1368 Webster Avenue, Bronx, New York on August 6, 2010, died on January 13, 2011.**

Dated: New York, New York
       May 8, 2013

MICHELSTEIN & ASSOCIATES, PLLC
Attorneys for Plaintiff

By: _____
    Eugene M. Bellin, Of Counsel

PEPPER HAMILTON LLP
Attorneys for Defendants

By: _____
    Martin S. Bloor

_____
Honorable Alison J. Nathan
United States District Judge
5/16/13