USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: MAY 17 2013

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

SHADEESHA BROWN,

                Plaintiff,

    -v-

THE CITY OF NEW YORK, ET AL.,

                Defendants.

-------------------------------------------------------------- X

11 Civ. 1068 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    It is hereby ORDERED that counsel for all parties appear for a final pretrial conference with the Court on **May 23, 2013 at 3:45 PM** in Courtroom **906** of the United States District Court for the Southern District of New York, **40 Foley Square**, New York, New York.

    SO ORDERED.

Dated: May 17, 2013
       New York, New York

_____
ALISON J. NATHAN
United States District Judge