# MICHELSTEIN & ASSOCIATES PLLC

ATTORNEYS AT LAW
485 MADISON AVENUE, SUITE 1300
NEW YORK, NEW YORK 10022

---

TEL NO. (212) 588-0880
FAX NO. (212) 588-0811

BY E-MAIL

May 24, 2012

Honorable Alison J. Nathan
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

       Re: Shedeesha Brown vs. The City of New York et anos.
          Docket No. 11CV1068(AJN)

Your Honor:

  Pursuant to Your Honor's instruction at the pre-trial conference of May 23, 2013, I am writing to inform the Court that witness Marcia Knight, Ph.D., is available to testify on Tuesday afternoon, May 28, 2013.

           Respectfully yours,

           *Eugene M. Bellin*
           Eugene M. Bellin

EMB:b
cc: Martin Bloor, Esq. (by E-mail)
  Linda Regis-Hallinan, Esq. (by E-mail)
  Chris Howard, Esq. (by E-mail)
  Lawrence Byrne, Esq. (by E-mail)
  Steven Silverberg, Esq. (by E-mail)