UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SHADEESHA BROWN,

                Plaintiff,

        v.

THE CITY OF NEW YORK, ET AL.,

                Defendants.

11 Civ. 1068(AJN)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: MAY 23 2013

ALISON J. NATHAN, District Judge:

    It is hereby ORDERED:

    That Gabriel Perez, who is currently housed at the Anna M. Kross Correctional Facility with the Book & Case Number 2411207369, be produced to Courtroom 906, at 40 Centre Street, New York, New York, to offer testimony in the above captioned case.

    Gabriel Perez shall be produced on May 29, 2013.

SO ORDERED.

Dated: May 23, 2013
       New York, New York

_____
ALISON J. NATHAN
United States District Judge