≈AO 133   (Rev. 8/06) Bill of Costs

# UNITED STATES DISTRICT COURT

Southern District of New York

DATE FILED: 7/31/13

SHADEESHA BROWN

v.

THE CITY OF NEW YORK, et al.

## BILL OF COSTS

Case Number: 11 Civ. 1068 (AJN)

Judgment having been entered in the above entitled action on 6/13/2013 against Plaintiff,
the Clerk is requested to tax the following as costs:

| | |
|---|---|
| Fees of the Clerk | $ 0.00 |
| Fees for service of summons and subpoena | 0.00 |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | 5,274.56  3725.16 |
| Fees and disbursements for printing | 0.00  A 13,1492 |
| Fees for witnesses (itemize on page two) | 0.00 |
| Fees for exemplification and copies of papers necessarily obtained for use in the case | 0.00 |
| Docket fees under 28 U.S.C. 1923 | 20.00 |
| Costs as shown on Mandate of Court of Appeals | 0.00 |
| Compensation of court-appointed experts | 0.00 |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 | 0.00 |
| Other costs (please itemize) | 1,883.05 |
| | TOTAL $ 7,177.61 |
| | $5628.21 |

DOCKETED AS A JUDGMENT ON 7/31/13

Submitting party having appeared
opposition papers submitted

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

☑ Electronic service by e-mail as set forth below and/or.

☑ Conventional service by first class mail, postage prepaid as set forth below.

s/ Attorney: _____

Name of Attorney: Linda Regis-Hallinan

For: The City of New York, et al.   Date: 7/10/2013

Name of Claiming Party $5628.21

Costs are taxed in the amount of _____ and included in the judgment.

_Rds, S, K.n, '14_   By: _____   7/31/13

Clerk of Court   Deputy Clerk   Date

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
SHADEESHA BROWN,

                       Plaintiff,

        - against -                             11CV1068(AJN)

                                                    **DECLARATION OF**
THE CITY OF NEW YORK, et al.,           **EUGENE M. BELLIN**

                       Defendants
-----------------------------------------------------------------x

        Eugene M. Bellin, an attorney admitted to practice before the Courts of the Sate of New York and before this Court, declares, under penalty of perjury, pursuant to 28 U.S.C. §1746, the following:

        1. I am of counsel to the firm of Michelstein & Associates, PLLC, attorneys for plaintiff Shadeesha Brown.

        2. I respectfully submit this Declaration in opposition to the defendants' motion pursuant to Rule 54 of the Federal Rules of Civil Procedure, Local Civil Rule 54.1, and 28 U.S.C. §§1920 and 1923 for costs.

        3. The plaintiff strenuously objects to the defendants' request for the cost of the transcripts of the three days of the trial of this action. The trial began on May 28, 2013, with jury selection, opening statements and testimony, and continued with testimony on May 29 and testimony, closing statements, the jury charge and deliberations on May 30, 2013.

        4. The defendants' request for the fees of the court reporter for the transcript of the trial of this action is totally unjustified. The defendants' claim that this $5,274.56 expense was necessary for preparing the cross-examination of the plaintiff, the direct examination of their own witnesses, and closing arguments. The trial of this action took only three days, including jury selection,

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
SHADEESHA BROWN,

                      Plaintiffs,

    - against -

                                                                11CV1068(AJN)

THE CITY OF NEW YORK, et al.,

                      Defendants
------------------------------------------------------------------x

## MEMORANDUM OF LAW IN OPPOSITION
## TO DEFENDANTS' APPLICATION FOR COSTS

 

MICHELSTEIN & ASSOCIATES, PLLC.
Attorneys for Plaintiffs

By: *Eugene M. Bellin*
Eugene M. Bellin
485 Madison Avenue - Suite 1300
New York, New York 10022
Tel. (212) 588-0880
Fax (212) 588-0811