UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
SHADEESHA BROWN,

       Plaintiffs,

   - against -            11CV1068(AJN)

THE CITY OF NEW YORK, BRIAN McALEAR,   NOTICE OF MOTION
KEITH HOCKADAY, JOAQUIN MORALES,
ROBERT DOWNES, THOMAS ALBANO,
GERARD FLOOD , WILLIAM HART, TIMOTHY
MURPHY, and KENYETTA ROUSE

       Defendants
-----------------------------------------------------------------x

  PLEASE TAKE NOTICE that Plaintiff Shadeesha Brown will move this Court before the Honorable Alison J. Nathan, United States District Judge, at the United States Courthouse for the Southern District of New York, located at 40 Foley Square, New York, New York 10007, for an Order reviewing the Order of the Clerk a dated July 31, 2013, assessing costs in favor of the defendants and striking the taxation of costs for daily transcripts, and granting such other and further relief as this Court deems just, proper, and equitable. The plaintiff's motion is based on this notice and the concurrently filed Memorandum of Law in Support of Plaintiff's Motion *in Limine*, the accompanying Declaration of Eugene M. Bellin, and the exhibits attached thereto.

Dated: New York, New York
   August 14, 2013

                  Respectfully submitted,

                  s/ Eugene M. Bellin
                  Eugene M. Bellin(EB0722)
                  MICHELSTEIN & ASSOCIATES PLLC
                  Attorneys for Plaintiff
                  485 Madison Avenue
                  New York, New York 10022
                  Tel. (212) 588-0880